**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

JUL - 6 2005

CLERK, U.S. DISTRICT COURT
By _____
            Deputy

| | | |
|---|---|---|
| DAVID STARKS | ) | |
| | ) | |
| v. | ) | 3-04-CV-2561-K |
| | ) | |
| JEFFEREY BLANCH, ET AL | ) | |

## ORDER

After making the review required by 28 U.S.C. § 636(b), the Court finds that the

Findings, Conclusions and Recommendation of the Magistrate Judge are correct, and they are

adopted as the findings and conclusions of the Court.

Signed this _____ day of July, 2005.

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE